**Order entered May 20, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's May 15, 2013 motion for an extension of time to file a notice of appeal. Appellant is appealing the trial court's order granting appellee's motion to dismiss. The trial court signed the order on January 22, 2013. Appellant timely filed his notice of accelerated appeal on January 31, 2013. *See* TEX. R. APP. P. 26.1(b). Because the notice of appeal was timely filed, we **DENY** as moot appellant's motion for an extension.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE